996 A.2d 455

IN THE MATTER OF ALISON ELLEN KOSBERG,
AN ATTORNEY AT LAW.

July 1, 2010.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **ALISON ELLEN KOSBERG of EDISON,** who was admitted to the bar of this State in 1984;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (negligent misappropriation of client trust funds), *RPC* 1.15(d) (failure to comply with record-keeping requirements), and *Rule* 1:21–6 (recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a), *RPC* 1.15(d) and *Rule* 1:21–6, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand with the aforementioned condition is the appropriate discipline for respondent's ethics violation and having granted the motion for discipline by consent in District Docket No. XIV–2009–0639E;

And the Disciplinary Review Board having determined that respondent should complete a course in attorney trust accounting;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ALISON ELLEN KOSBERG of EDISON** is hereby reprimanded; and it is further

ORDERED that respondent shall enroll in and complete a course in attorney trust accounting approved by the Office of Attorney Ethics on a schedule to be determined by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.